# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUANARD BARRON,

Plaintiff,

v.

FRANK BISIGNANO,

Defendant.

Case No. 1:26-cv-04739-EGC

**ORDER DIRECTING PLAINTIFF TO PAY FILING FEE OR SUBMIT AN APPLICATION TO PROCEED *IN FORMA PAUPERIS***

(Doc. 1)

Plaintiff Juanard Barron is proceeding pro se in an action filed on June 22, 2026. (Doc. 1). Plaintiff has not paid the $405.00 filing fee, nor has Plaintiff submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

To proceed in this action, Plaintiff must EITHER (1) pay one $405.00 filing fee, or (2) submit an application to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is DIRECTED to forward an *forma pauperis* application to Plaintiff;

2. Within twenty-one (21) days of the date of service of this order, Plaintiff shall either (1) pay one $405.00 filing fee for this action; or (2) submit the attached application to proceed *in forma pauperis*, completed and signed;

3. No requests for extensions will be granted without a showing of good cause; and

4.    Failure to comply with this order will result in recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:    **June 24, 2026**

_____

UNITED STATES MAGISTRATE JUDGE

2